NILLA CRAM COOK, Respondent, v. NEW YORK WORLD-TELEGRAM CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and

disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.